IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| N.M., BY AND THROUGH HIS PARENTS AND NATURAL GUARDIANS, W.M. AND L.M., AND W.M. AND L.M., INDIVIDUALLY     *Plaintiffs* | : CIVIL ACTION<br>:<br>: NO. 11-3272<br>:<br>: |
| v. | : |
| CENTRAL BUCKS SCHOOL DISTRICT     *Defendant* | :<br>:<br>: |

**O R D E R**

**AND NOW,** this 15th day of January 2014, upon consideration of the Report and Recommendation of United States Magistrate Judge Lynne A. Sitarski dated December 19, 2013 [ECF 20], and no objections filed thereto, it is hereby ORDERED that:

1. The Report and Recommendation is **APPROVED** and **ADOPTED**.

2. Plaintiffs' motion for judgment on the administrative record [ECF 10] is **DENIED**.

3. Defendant's motion for judgment on the administrative record [ECF 11] is **GRANTED**.

BY THE COURT:

_____
NITZA I. QUIÑONES ALEJANDRO, J.